IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.   Case No. 22-cr-36-wmc

BRIAN D. MITCHELL,

        Defendant.

---

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the indictment against defendant BRIAN D. MITCHELL.

Dated this 30th day of January, 2023.

                              Respectfully submitted,

                              TIMOTHY M. O'SHEA
                              United States Attorney

By:
        /s/
DAVID J. REINHARD
Assistant U. S. Attorney
Chief of Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.

Dated: January 30, 2023

WILLIAM M. CONLEY
United States District Judge